CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mary Melton, Esq., SBN 164407
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | ) |
| Plaintiff, | ) Case Number: |
| v. | ) |
| **Hitesh Investments, LLC,** a California Limited Liability Company; and Does 1-10, | ) **Certification of Interested Entities or Persons** |
| Defendants. | ) **Civil L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 30, 2018    CENTER FOR DISABILITY ACCESS

By:_____
Chris Carson, Esq.
Attorneys for Plaintiff

---

1
Certification of Interested Entities or Persons